IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| R. M. TAYLOR, INC. | ) | Case No. 97-41320-ABF7 |
| | ) | |
| Debtor. | ) | |

MOTION TO TRANSFER FUNDS TO U.S. REGISTRY FUND

COMES NOW the trustee Erlene W. Krigel and moves the Court for its Order authorizing the trustee to deposit funds in the U.S. Registry Fund. In support of her Motion, the trustee states:

1. The Final Report was filed in these proceedings and distribution was made in accordance with said Final Report.

2. The attached list details the name of the creditor and its proportioned share of the distribution.

3. The Trustee has exhausted all available resources to locate the following creditors listed on Exhibit A in order to make distribution of these funds. These creditors either no longer exist or have been bought by other companies.

WHEREFORE, the trustee respectfully requests that the Court authorize her to deposit the sum of $2,522.61 in the U.S. Registry Fund.

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel, Bar No. 29416
4550 Belleview
Kansas City, MO 64111
TEL: (816) 756-5800
FAX: (816) 756-1999
ATTORNEYS FOR TRUSTEE

CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of January, 2010, a copy of the foregoing was mailed or emailed to all creditors listed on the ECF notification system.

      /s/ Erlene W. Krigel
      Erlene W. Krigel

O:\Bankruptcy Trustee\R.M. Taylor, Inc\Motion to Deposit Funds in US Registry 12-29-09.wpd

EXHIBIT A

| Name of Claimant | Filed Amount | Dividend Paid |
| --- | --- | --- |
| * Next Factors, Inc. | $949.27 | $9.14 |
| JE Construction Co | $740.00 | $7.13 |
| Berg, Inc. | $3,836.24 | $36.95 |
| Harbinger Supply Tech Inc. | $309.50 | $2.98 |
| Lynn Blueprint | $70.71 | $0.68 |
| Rent A Mat | $1,264.00 | $12.17 |
| Greg Barlow | $335.38 | $3.23 |
| Thermo Webb Systems | $996.48 | $9.60 |
| Clarklift of Atlanta | $544.43 | $5.24 |
| Holmes Freight Lines, Inc. | $84.83 | $0.82 |
| St. Louis County Water Co. | $35.28 | $0.34 |
| Briggs Weaver | $191.37 | $1.84 |
| Nationsway Transport, Inc. | $53.78 | $0.52 |
| ANR Advance Transportation Co. | $132.28 | $1.27 |
| Ikon Capital | $10,060.30 | $96.90 |
| Southwestern Bell Telephone | $5773.95 | $55.61 |
| Wichita Southeast Kansas Transit, Inc. | $307.81 | $2.96 |
| Lucent Technologies | $4,029.81 | $38.81 |
| Reddi Root R | $979.25 | $9.43 |
| Thruway Motor, Inc. | $1,919.26 | $18.49 |
| Electric Supply Company, Inc. | $11,709.54 | $112.78 |
| Cleveland Electric | $4,200.00 | $40.45 |
| Electrical Design Control | $42,747.33 | $411.72 |

| | | |
|---|---|---|
| Yale Kentuckiana, Inc. | $4,461.93 | $42.97 |
| Hotsy Equipment | $48.87 | $0.47 |
| * AALCO Express Co. | $1,906.00 | $18.36 |
| * Advantage Steel Service | $2,797.10 | $26.94 |
| * Aerotek, Inc. | $13,006.00 | $125.27 |
| * Air Power Equipment | $650.90 | $6.27 |
| * Air Filter Plus | $949.27 | $9.14 |
| * American Reprographics, Inc. | $4,545.67 | $43.78 |
| * Assoc. Financial Services | $1,813.59 | $17.47 |
| * Baird Son, Inc. | $4984.89 | $48.01 |
| * Bestemps | $1,766.80 | $17.02 |
| * Burke Equipment Co. | $4,099.35 | $39.48 |
| * Central States Equipment | $763.45 | $7.35 |
| *Century Fire Sprinklers | $713.00 | $6.87 |
| * Chain Supply Co. | $4,300.39 | $41.42 |
| * EWS Welding Supply, Inc. | $478.04 | $4.60 |
| * Hampton Roads Heating Cooling | $9,697.50 | $93.40 |
| *Hord Communications | $3,210.85 | $30.93 |
| * Hotz Business Systems | $2,149.60 | $20.70 |
| * Igus, Inc. | $6,520.08 | $62.80 |
| * Industrial Lumber, Inc. | $2,191.51 | $21.11 |
| * Interface Systems, Inc. | $1,105.00 | $10.64 |
| * Lucas Plumbing Heating | $541.81 | $5.22 |
| * MAB Paints and Wallcovering | $375.81 | $3.62 |
| * MHS Caster Equipment | $1,718.20 | $16.55 |
| * Mid America Golf Carts | $374.21 | $3.60 |

| | | |
|---|---|---|
| * Mid West Cad | $1,000.00 | $9.63 |
| * Mill and Elevator Supply | $460.18 | $4.43 |
| * Murray Equipment | $3,814.55 | $36.74 |
| * NATCO Trucking | $4,256.77 | $41.00 |
| * NECCO Coffee | $772.40 | $7.44 |
| * Rayl Industrial Supply | $5,622.00 | $54.15 |
| * Richards-Wilcox | $5,494.93 | $52.92 |
| * Rubber Belting Hose | $1,237.90 | $11.92 |
| * Yvonne Smith Trust | $23,600.00 | $227.30 |
| S & G Technologies | $7,235.00 | $69.68 |
| Sutherland and Company | $23,123.00 | $222.71 |
| Rexnord Corporation | $15,392.69 | $148.25 |
| Missouri Dept. of Revenue | $25.51 was refunded as overpayment on withholdings | |
| Internal Revenue Service | $7.88 was refunded as overpayment on FUTA | |
| TOTAL | | $2,522.61 |

* These claims had been sold and/or transferred to Next Factor, Inc. After searching for Next Factor, the Trustee believes that it is no longer in business. Trustee attempted to contact creditors directly by letter and telephone, but without success.